| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

DALLAS BROWN, §
　　　　　　　　　　　　　　　　§
　　　　Petitioner, §
　　　　　　　　　　　　　　　　§
versus § CIVIL ACTION NO. 1:18-CV-250
　　　　　　　　　　　　　　　　§
SHERIFF MITCHELL NEWMAN, §
　　　　　　　　　　　　　　　　§
　　　　Respondent. §

## MEMORANDUM OPINION AND ORDER

Petitioner, Dallas Brown, a pre-trial detainee currently confined at the Jasper County Jail in Jasper, Texas, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends denying the petition for writ of habeas corpus for failure to exhaust administrative remedies.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, and pleadings. No objections to the Report and Recommendation have been filed to date.

**ORDER**

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED**. A Final Judgment will be entered in accordance with the recommendations of the Magistrate Judge.

SIGNED at Beaumont, Texas, this 19th day of November, 2018.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE